UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
JUN 13 2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ___rsm___ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    PLAINTIFF,<br><br>v.<br><br>SUK MIN CHOI, a.k.a. "Alex Choi,"<br><br>                                    DEFENDANT(S) | **WARRANT FOR ARREST**<br><br>ON COMPLAINT<br>2:24-mj-03272-DUTY<br><br>CASE NO.: _____ |

To:   UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest **SUK MIN CHOI, aka Alex Choi** and bring him forthwith to the nearest Magistrate Judge to answer a complaint charging him with causing the placement of an explosive or incendiary device on an aircraft, in violation of Title 49, United States Code, Section 46505(b)(3) and Title 18, United States Code, Section 2(b).

REC: BY AUSA          [bond]

June 4, 2024 @ 4:18 p.m.
Date

*Karen L. Stevenson*
The Honorable Karen Stevenson
United States Chief Magistrate Judge

_____
Signature of Magistrate Judge

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at (location):

12007 Briarvale Lane, Studio City, CA 91604

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 6/4/2024 | Cristina Jones, Special Agent | *[signature]* |
| DATE OF ARREST<br>6/5/2024 | | |