Pio S. Kim, Esq. (SBN 155679)
**LimNexus LLP**
707 Wilshire Boulevard, 46th Floor
Los Angeles, CA 90017
Tel: 213-955-9500
Fax: 213-955-9511
pio.kim@LimNexus.com

Attorneys for Defendant
Suk Min Choi, a.k.a. "Alex Choi," a.k.a. "@alexchoi1"

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SUK MIN CHOI, A.K.A. "ALEX CHOI," A.K.A. "@ALEXCHOI1"<br><br>Defendants. | CASE NO: 2:24-mj-03272-DUTY<br><br>**STIPULATION FOR AN ORDER PERMITTING DEFENDANT TO TRAVEL**<br><br>[filed concurrently with proposed order] |

Defendant Suk Min Choi, also known as "Alex Choi" and "Alex Choi1," ("defendant"), by and through his attorney, Pio Kim, Esq., and plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, hereby file the following stipulation for defendant's request to allow defendant permission to travel out of the Central District of California from June 19, 2024 through June 30, 2024:

WHEREAS, on or about June 4, 2024, the United States of America (the "Government") filed the complaint in this action against defendant for violating 18 U.S.C. Section 46505(b)(3) and 18 U.S.C. Section 2(b);

WHEREAS, on or about June 6, 2023, defendant was released from custody on an appearance bond in the amount of $50,000;

WHEREAS, prior to the filing of the complaint and his arrest, defense represents that

{01282186}

1
**STIPULATION**

defendant entered into a contract to participate in a promotion event (the "Event"), which requires him to travel to and through various countries, including Germany, Austria, Albania, Greece, Kosovo, Montenegro, Serbia and Slovenia from June 19, 2024 to June 30, 2024;

WHEREAS, defense believes cancelling the contract or failing to perform his obligations under the contract will result in substantial financial hardship and loss to defendant;

WHEREAS, defendant agrees to observe and fulfill all of the requirements imposed upon him for his release from custody during the travel outside of the Central District of California;

WHEREAS, defendant agrees to provide his counsel and the Probation and Pretrial Services Officer (the "Pretrial Services Officer") with his telephone number and to maintain his phone on roaming or other mode such that his counsel and the Pretrial Services Officer will be able to contact him and ascertain his location during the entire period of the Event; and

WHEREAS, defendant represents that he will be entering back into the Central District on California on June 30, 2024;

WHEREAS, defendant also represents that he will be present and before this Court for the scheduled court appearance on July 2, 2024 at 11:30 a.m.,

According, it is stipulated by the government and defendant that:

(1) defendant may travel out of the Central District of California from June 19, 2024 to June 30, 2024 to attend the Event, which requires him to travel to and through various countries, including, Germany, Austria, Albania, Greece, Kosovo, Montenegro, Serbia and Slovenia;

(2) defendant shall provide his counsel and the Pretrial Services Officer with his phone number and maintain his phone on roaming or other mode such that his counsel and the Pretrial Services Officer will be able to contact him and ascertain his location during the entire period of the Event;

(3) defendant shall return to the Central District of California no later than June 30, 2024 at

1   11:59 p.m. PST; and

2   (4) defendant shall appear in person for his next scheduled court appearance in this matter on

3   Tuesday, July 2, 2024 at 11:30 a.m.

**SO STIPULATED.**

Dated: June 14, 2024

LIMNEXUS LLP

By: /s/ Pio S. Kim
Pio S. Kim
Attorneys for Defendant Suk Min Choi, a.k.a. "Alex Choi," a.k.a. "@alexchoi1"

Dated: June 14, 2024

Respectfully submitted,

E. Martin Estrada
United States Attorney
Mack E. Jenkins
Assistant United States Attorney
Chief, Criminal Division

/s/ Dominique Caamano
Dominique Caamano
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

{01282186}

3
**STIPULATION**

4885-4525-6904, v. 1