Pio S. Kim, Esq. (SBN 155679)
**LimNexus LLP**
707 Wilshire Boulevard, 46th Floor
Los Angeles, CA 90017
Tel: 213-955-9500
Fax: 213-955-9511
pio.kim@LimNexus.com

Attorneys for Defendant
Suk Min Choi, a.k.a. "Alex Choi," a.k.a. "@alexchoi1"

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SUK MIN CHOI, A.K.A. "ALEX CHOI," A.K.A. "@ALEXCHOI1"<br><br>Defendants. | CASE NO: 2:24-mj-03272-DUTY<br><br>**ORDER PERMITTING DEFENDANT TO TRAVEL** |

For good cause appearing and based on the stipulation by the parties herein, it is hereby ORDERED that:

(1) defendant Suk Min Choi, aka Alex Choi, aka @alexchoi1, is permitted to travel out of the Central District of California from June 19, 2024 to June 30, 2024 to attend a contractually obligated event, which defendant represented requires travel to and through various countries, including, Germany, Austria, Albania, Greece, Kosovo, Montenegro, Serbia and Slovenia;

(2) defendant shall provide his counsel and Probation and Pretrial Services officer (the Pretrial Services Officer") with his phone number and maintain his phone on roaming or other mode such that his counsel and the Pretrial Services Officer will be able to contact him and ascertain his location during the entire period of the Event;

(3) defendant shall return to the Central District of California no later than June 30, 2024 at 11:59 p.m. PST; and

(4) defendant shall appear in person for his next appearance in this matter, which is set for Tuesday, July 2, 2024 at 11:30 a.m.

Dated: June 17, 2024

_____
Honorable Brianna Fuller Mircheff
United States Magistrate Judge